UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMERICAN GENERAL ASSURANCE COMPANY, | )<br>)<br>) 2:05-cv-0663-GEB-GGH |
| Plaintiff, | )<br>) ORDER RE: SETTLEMENT |
| v. | ) AND DISPOSITION<br>) |
| GRACIELA M. LOPEZ, | )<br>) |
| Defendant. | )<br>) |

        On July 27, 2006, Plaintiff filed a Notice of Settlement in which it states "[the parties have] settled their claims against each other . . . ." In accordance with Local Rule 16-160(b), a dispositional document shall be filed no later than August 16, 2006. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The pretrial conference scheduled for August 7, 2006, is rescheduled to commence at 1:30 p.m. on September 18, 2006, in the event no dispositional document is filed, or if this action is not

otherwise dismissed.[1]  Further, a joint pretrial statement shall be filed seven days prior to the conference.  The trial date remains unchanged.

   IT IS SO ORDERED.

Dated:  July 28, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[1] The pretrial conference is scheduled because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).